IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JUSTIN SHIPP; VINCENT TATE; AND TERRENCE YAZEL, individually and on behalf of others similarly situated,<br><br>            **Plaintiffs,**<br><br>v.<br><br>CENTRAL STATES MANUFACTURING, INC.; CENTRAL STATES MANUFACTURING, INC. BOARD OF DIRECTORS; GREATBANC TRUST CO.; JAMES SLIKER; CHAD WARE; THOMAS FERREE; MATT KRAMER; TINA CHANG; AND MATTHEW STITES,<br><br>            **Defendants.** | **Case No.: 5:23-cv-05215-TLB** |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Movant, Joseph M. Piligian, moves the Court for leave to withdraw his appearance on behalf of Defendants James A. Sliker, Chad Ware, Matthew K. Sites, Thomas J. Ferree, Tina Chang, Matt Kramer, Central States Manufacturing, Inc. and Central States Manufacturing, Inc. Board of Directors ("Central States Defendants"), and in support thereof, states as follows:

1. Movant, Joseph M. Piligian, filed his *pro hac vice* motion on behalf of the Central States Defendants on February 1, 2024.

2. Mr. Piligian was granted *pro hac vice* through the Order signed by The Honorable Timothy L. Brooks on February 1, 2024, which caused Mr. Piligian to file his Appearance on February 2, 2024.

3. Mr. Piligian is departing the law firm of Moore & Van Allen PLLC on December 3, 2025, and will no longer serve as counsel for the Central States Defendants. The Central States Defendants have been informed of Mr. Piligian's withdrawal.

4. At the time of Mr. Piligian being granted *pro hac vice* in the present action, attorneys from Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. had appeared on behalf of the Central States Defendants, and those attorneys continue to have their appearance on file on behalf of the Central States Defendants and continue to actively represent the Central States Defendants. In addition, Mark A. Nebrig and Chassity N. Bobbitt of Moore & Van Allen PLLC were granted appearances *pro hac vice* on behalf of the Central States Defendants.

5. The granting of this motion will not prejudice the rights of any party nor delay the proceedings.

WHEREFORE, Movant respectfully requests that the Court enter an order granting him leave to withdraw his appearance on behalf of the Central States Defendants.

Respectfully submitted this the 3rd day of December, 2025.

/s/ *Joseph M. Piligian*
Joseph M. Piligian (admitted *pro hac vice*)
**MOORE & VAN ALLEN PLLC**
100 North Tyron Street, Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: (704) 331-1000
joepiligian@mvalaw.com

2

14464436v1

## CERTIFICATE OF SERVICE

I, Joseph M. Piligian, hereby certify that I have served all counsel of record by filing the foregoing **MOTION FOR LEAVE TO WITHDRAW APPEARANCE** using the Court's electronic case filing system.

Dated: December 3, 2025

/s/ *Joseph M. Piligian*
Joseph M. Piligian

14464436v1