**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**JUSTIN SHIPP; VINCENT TATE; and
TERRENCE YAZEL, individually and
on behalf of all others similarly situated**                                    **PLAINTIFFS**

**V.**                                      **CASE NO. 5:23-CV-5215**

**CENTRAL STATES MANUFACTURING, INC.;
CENTRAL STATES MANUFACTURING, INC.
BOARD OF DIRECTORS;
GREATBANC TRUST CO.; JAMES SLIKER;
CHAD WARE; THOMAS FERREE;
MATT KRAMER; TINA CHANG;
and MATTHEW STITES**                                      **DEFENDANTS**

<u>**JUDGMENT**</u>

For the reasons stated in the Memorandum Opinion and Order filed this day, **IT IS**

**HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**

on summary judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 30th day of March, 2026.

_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE